Santiago, Peticionario y Apelante, v. Corte Municipal de Caguas et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Humacao en un recurso de *mandamus.*

No. 1803.—Resuelto en abril 15, 1918.

Mandamus—Ejecución de Sentencia—Objeto del Auto.—Cuando un juez ha decretado la suspensión de la ejecución de una sentencia no es procedente el auto de mandamus para conseguir que continúe la ejecución, pues ese procedimiento extraordinario sólo tiene por fin el obligar al cumplimiento de un acto.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. Enrique Campillo.

Abogados de los apelados: Sres. Rafael Arce y M. Tous Soto.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Entre los varios motivos por los cuales no debe prosperar la petición de *mandamus* que hizo el apelante Miguel Santiago contra el juez municipal de Caguas y que requieren la confirmación de la sentencia de la Corte de Distrito de Humacao que desestimó la petición, el más importante y fundamen-

tal es que habiendo actuado el juez municipal en determinado sentido, acertada o erróneamente, no se puede mediante el procedimiento escogido por Santiago revisar la resolución de dicho juez y corregir el error en que haya incurrido, si es que en verdad fué errónea su resolución.

Al juez municipal se le pidió que suspendiese el cumplimiento de cierta sentencia y así lo decretó después de oir a la parte contraria, y lo que pretende el apelante por su solicitud de *mandamus* es que se ordene a dicho juez que siga cumpliendo la sentencia que suspendió. En otras palabras, que deje sin efecto su resolución anterior y dicte otra nueva en sentido contrario.

Claramente no es éste el objeto del auto de *mandamus* cuyo fin es obligar a determinadas personas al cumplimiento de algún acto que esté dentro de sus atribuciones o deberes.

Es tan improcedente la petición que no necesitamos extendernos más ni hacer referencia a los casos que hemos resuelto y en los que claramente está consignada la doctrina en que fundamos nuestra resolución.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.